HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR MANUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-181-WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VICTOR MANUEL GARCIA, | Date: February 25, 2019
Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Timothy H. Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Victor Manuel Garcia, that the status conference scheduled for February 25, 2019, at 9:00 a.m., be vacated and the matter continued to March 18, 2019, at 9:00 a.m. for status conference.

Defense counsel requires additional time to conduct further investigation regarding potential witnesses, to engage in legal research, and to consult with the client regarding a possible resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from February 25, 2019, through and including March 18, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 21, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for VICTOR MANUEL GARCIA

DATED: February 21, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, February 25, 2019, up to and including March 18, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 25, 2019 status conference shall be continued until March 18, 2019, at 9:00 a.m.

Dated: February 22, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE