| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>DAVID W. SPENCER |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0181-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND LOCAL CODES T2/T4 |
| v. | |
| VICTOR MANUEL GARCIA, | Date: May 14, 2019<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

The parties appeared for a status hearing on March 18, 2019. (Dkt. No. 18.) At the hearing, the parties set this matter for a three-day jury trial, beginning May 14, 2019. (*Id.*) In addition, counsel for both parties explained the bases for an exclusion of time under the Speedy Trial Act and relevant Local Codes, after which the Court directed the parties to submit a proposed order. (*Id.*)

On September 13, 2018, defendant Victor Garcia was arraigned on the three-count Indictment. (ECF Nos. 8, 10.) In the weeks following, the government produced discovery that included 101 pages of reports and memoranda, and a disk with four video recordings from the investigation. Recently, the government provided the defense with a 27-page supplemental report. Defense counsel has reviewed these materials and discussed them with his client.

In the coming weeks, defense counsel and a defense investigator will travel to the Shasta-Trinity National Forest in Trinity County, California, to conduct a site visit at the plot of land where Mr. Garcia was arrested. Defense counsel will also be researching and/or meeting with a defense expert about the

STIPULATION AND ORDER RE: EXCLUSION OF TIME
UNDER THE SPEEDY TRIAL ACT

1

environmental damage alleged in Count Three of the Indictment, which the parties agree is sufficiently complex to warrant an exclusion of time under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), and Local Code T2. In addition, defense counsel will be conducting further investigation, researching potential defenses and motions, and otherwise preparing for trial.

Based on the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from March 18, 2019 (the date of the most recent status hearing), up to and including May 14, 2019 (the first day of trial), under: (i) 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) [complex case], and Local Code T2; and (ii) 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 22, 2019
 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
DAVID W. SPENCER
Assistant United States Attorneys
*Attorneys for Plaintiff United States*

Dated: March 22, 2019
 */s/ THD for Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
*Attorney for Defendant Victor Garcia*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from March 18, 2019, up to and including May 14, 2019, shall be excluded from computation of time within which the trial in this case must begin under: (i) 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) [complex case], and Local Code T2; and (ii) 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

DATED: March 27, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE